Certificate Number: 05141-ILN-CC-003996555

## CERTIFICATE OF COUNSELING

I CERTIFY that on May 14, 2008 , at 8:28 o'clock AM EDT ,

Michael R. Sagen received from

Comprehensive Credit Counseling of Rural Services of Indiana, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone .

Date: May 14, 2008 By *(signature)*

Name Gail Kappel

Title Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).